

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Religious Technology Center | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) <br> v. <br> Larry Wollersheim <br> DEFENDANT(S). | CV 85-7197-WMB <br><br> **NOTICE RE RETURN OF EXHIBITS** |

TO ALL PARTIES/COUNSEL OF RECORD:

You are hereby notified to arrange pick up of your trial exhibits at your earliest convenience but no later than 30 days from the date of this notice.

Exhibits not retrieved within 30 days of this notice will be classified as abandoned and will be destroyed.

Please contact the division indicated below:

☑ Western Division
312 North Spring Street
Los Angeles, CA 90012

Generalist Clerk
Phone: 213-894-3863
E-mail: records_cacd@cacd.uscourts.gov

☐ Southern Division
411 W. Fourth Street
Santa Ana, CA 92701

Exhibits Clerk
Phone: 714-338-4785

☐ Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Exhibits Clerk
Phone: 951-328-4467

Clerk, U.S. District Court

Date: Dec 4, 2014

By: Rhonda Marshall (213)-894-2127
Deputy Clerk

G-10 (11/14)  NOTICE RE RETURN OF EXHIBITS